```
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF FLORIDA

                                  CASE NO. 08-14272-CIV-MOORE
                                  MAGISTRATE JUDGE P. A. WHITE
```

JAMES EDWARD PEARSON,            :

      Plaintiff,           :

v.                               :          REPORT OF
                                                        MAGISTRATE JUDGE
MARTIN COUNTY SHERIFF'S
DEPARTMENT,                      :

      Defendant.
_____    :

     On July 23, 2008, James Edward Pearson, currently housed at the Martin County Jail, filed a _pro se_ civil rights complaint pursuant to 42 U.S.C. §1983 [DE# 1].

     The Complaint is simply a list of alleged violations of the plaintiff's rights, such as a violation of his right to protection. The Complaint does not explain who violated the plaintiff's rights, nor how or when they did so and how the plaintiff was injured.

     The Undersigned issued an Order advising the plaintiff that the Complaint was insufficient to proceed, and directed the plaintiff to identify the specific individual persons who allegedly violated his rights and explain how each person did so.

     In response, the plaintiff filed a short amended complaint that identified three corrections officers and described briefly that he was involved in an altercation with another inmate. He stated that the officers "did not care to take control of the situation," but he otherwise did not explain how each of these officers may have violated his constitutional rights and what, if any, injuries he suffered.

The Undersigned issued a second Order advising the plaintiff that the Complaint was insufficient to proceed, and again directed the plaintiff to identify the specific individual persons who allegedly violated his rights and explain how each person did so. The order directed the plaintiff to file the amended complaint by September 29, 2008, and clearly explained what information the plaintiff needed to supply to set forth a complaint.

The plaintiff has failed to comply with this Order. Instead, he has filed a short letter to the Court in which he claims that he does not know how to proceed. [DE# 10].

This Court has, on two prior occasions, clearly explained to the plaintiff what information he need to provide in order for this case to proceed. Specifically, he was directed to file an amended complaint, which shall name, as defendants, those individuals who are directly responsible for any civil rights violations, and shall describe with as much precision as possible, the actions of each individual. He was also directed to provide as much identifying information as possible for each defendant, such as first and last name, badge number or other identifying number, and address. The Orders also specified that the amended complaint shall include all claims against all defendants; the original complaint must not be incorporated in or made a part of the amended complaint, and the amended complaint must be labeled Amended Complaint and must show 08-14272-CIV-MOORE, so that it will be filed in this case.

In addition, the plaintiff was warned that failure to file the required amended complaint may result in dismissal of the case, without prejudice.

Because the plaintiff has failed to follow the Court's directions and has not submitted an amended complaint, it is therefore recommended that this case be dismissed without prejudice for lack of prosecution.

Objections to this Report may be filed within ten days upon receipt. The plaintiff may file an amended complaint with his objections, and an explanation of why he has failed to respond to the Court's Order.

It is so recommended at Miami, Florida this 28th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: James Edward Pearson, Pro Se
    No. 804828
    Martin County Jail
    800 S.E. Monterrey Road
    Stuart, FL 34994